| | |
|---|---|
| Chad M. Hagan (admitted *pro hac vice*) | Jennifer A. Golinveaux (SBN 203056) |
| chad.hagan@hnbllc.com | jgolinveaux@winston.com |
| Joseph H. Boyle (admitted *pro hac vice*) | Andrew P. Bridges (SBN 122761) |
| joe.boyle@hnbllc.com | abridges@winston.com |
| HAGAN NOLL & BOYLE LLC | Matthew A. Scherb (SBN 237461) |
| 820 Gessner, Suite 940 | mscherb@winston.com |
| Houston, TX 77024 | WINSTON & STRAWN LLP |
| Telephone: (713) 343-0478 | 101 California Street |
| Facsimile: (713) 758-0146 | San Francisco, CA 94111-5802 |
| | Telephone: (415) 591-1000 |
| David A. Van Riper (SBN 128059) | Facsimile: (415) 591-1400 |
| dave@vanriperlaw.com | |
| VAN RIPER LAW | Peter Perkowski (SBN 199491) |
| 1254 Irvine Blvd., Suite 200 | pperkowski@winston.com |
| Tustin, CA 92780 | WINSTON & STRAWN LLP |
| Telephone: (714) 731-1800 | 333 S. Grand Avenue |
| Facsimile: (714) 731-1811 | Los Angeles, CA 90071-1543 |
| Attorneys for Plaintiffs | Telephone: (213) 615-1700 |
| | Facsimile: (213) 615-1750 |
| | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., a Colorado Limited Liability Company, ECHOSTAR TECHNOLOGIES L.L.C., a Texas Limited Liability Company, and NAGRASTAR LLC, a Colorado Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN EDWIN SCHEIBE, individually and d/b/a NFUSIONONLINE.COM and d/b/a NFUSION FTA, <br><br> Defendant. | Case No. 2:10-cv-04561-SJO(Ex) <br><br> [~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER |

For good cause shown, IT IS HEREBY ORDERED THAT to expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, adequately protect confidential material, and ensure that protection is afforded only to material so entitled, the Court enters the parties' Stipulated Protective Order pursuant to Rule 26 of the Federal Rules of Civil Procedure.

SIGNED on this *15th* day of December 2010.

Honorable Charles F. Eick
United States Magistrate Judge